UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

HENRY TUCKER, ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

    Plaintiffs,

v.

RYMAN HOSPITALITY PROPERTIES, INC.,

    Defendant.

------------------------------------- x

No.: 1:24-cv-5051

**NOTICE OF VOLUNTARY DISMISSAL**

    Plaintiff(s), HENRY TUCKER, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, RYMAN HOSPITALITY PROPERTIES, INC., with prejudice and without fees and costs.

Dated: New York, New York
       September 13, 2024

                                                       **GOTTLIEB & ASSOCIATES PLLC**

                                                       */s/Michael A. LaBollita, Esq.*

                                                       Michael A. LaBollita, Esq., (ML-9985)
                                                       150 East 18th Street, Suite PHR
                                                       New York, NY 10003
                                                       Phone: (212) 228-9795
                                                      Fax: (212) 982-6284
                                                       Michael@Gottlieb.legal

                                                       *Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge